UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALTAUNE BROWN,

              Plaintiff,

v.

CLUB ON BROADWAY, LLC,
and NRP 1674 LLC,

              Defendants.

Case No. 1:24-cv-02027-AS

**STIPULATION OF DISMISSAL**
<u>**WITH PREJUDICE**</u>

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Altaune Brown ("Plaintiff") and Defendants, Club on Broadway, LLC and NRP 1674 LLC ("Defendants"), by and through Plaintiff's undersigned counsel and Defendants' undersigned counsel, hereby stipulate and agree that this action and all crossclaims shall be **DISMISSED WITH PREJUDICE** against all Defendants. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       March 11, 2025

**AKERMAN LLP**

By _/s/_____
   Mohammad Adil Yaqoob, Esq.
   1251 Avenue of the Americas, 37th Floor
   New York, NY 10020
   Telephone: (212) 880-3800
   *Attorneys for Defendant*
   **CLUB ON BROADWAY, LLC**

**KAUFMAN DOLOWICH & VOLUCK LLP**

By _/s/_____
   Solomon Abramov, Esq.
   135 Crossways Park Drive, Suite 201
   Woodbury, NY 11797
   Telephone: (516) 681-1100
   *Attorneys for Defendant*
   **NRP 1674 LLC**

**THE MARKS LAW FIRM, P.C.**

By _/s/_____
   Bradly G. Marks, Esq.
   155 East 55th Street, Suite 4H
   New York, NY 10022
   Telephone: (646) 770-3775
   *Attorneys for Plaintiff*
   **ALTAUNE BROWN**